ACCEPTED
01-14-00945-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 10:45:17 AM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS OF TEXAS
FIRST JUDICIAL DISTRICT

**ZACHARY HILL**                        §

                                        §

vs.                                     §

                                        §

**THE STATE OF TEXAS**                  §

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 10:45:17 AM
CHRISTOPHER A. PRINE
Clerk

**Case No. 01-14-00945-CR**

## MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Zachary Hill, through counsel, moves the Court to extend time to file his brief, due July 30, 2015, for the following reasons:

1.      Counsel, Assistant Public Defender, Melissa Martin has been working on many cases including, but not limited to *Humphrey v. State* , 14-15-00226-CR; *Carter v. State*, 01-14-01006-CR; *Gilder v. State,* PD-0975-15; as well as the instant case and has been unable to complete the brief despite due diligence.

2.      This is the first request for an extension in this case.

In view of the foregoing, Mr. Hill asks the Court to extend the time to file his brief for 30 days, or up to and including August 29, 2015. This request is made in the interest of justice and effective assistance of counsel and not for purposes of delay.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

/s/ *Melissa Martin*

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on July 31, 2015.

/s/ Melissa Martin

_____

Melissa Martin